UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GORDON REFRIGERATION, INC § Case No. 10-63887
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/ANNE PIERO SILAGY_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 10-63887 RK Judge: RUSS KENDIG  
Case Name: GORDON REFRIGERATION, INC  

For Period Ending: 09/27/13

Trustee Name: ANNE PIERO SILAGY  
Date Filed (f) or Converted (c): 09/09/10 (f)  
341(a) Meeting Date: 11/02/10  
Claims Bar Date: 04/04/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable Location: In debtor's possessi | 70,000.00 | 10,000.00 | | 9,353.64 | FA |
| 2. 1986 1.5 Ton Truck Location: In debtor's possessio | 800.00 | 800.00 | | 800.00 | FA |
| 3. 1987 Dodge 1 Ton Location: In debtor's possession | 400.00 | 400.00 | | 400.00 | FA |
| 4. 1987 Dodge Ram Location: In debtor's possession | 2,000.00 | 1,000.00 | | 800.00 | FA |
| 5. 1990 Chevrolet 1 Ton Location: In debtor's possess | 500.00 | 100.00 | | 300.00 | FA |
| 6. 1994 Chevrolet 1 Ton Van Location: In debtor's pos | 500.00 | 100.00 | | 400.00 | FA |
| 7. 1995 GMC 3/4 Ton Van Location: In debtor's possess | 500.00 | 100.00 | | 400.00 | FA |
| 8. 1997 3/4 Ton Ford Van Location: In debtor's posses actual year is 1999 | 500.00 | 100.00 | | 600.00 | FA |
| 9. 1997 Ford Van Location: In debtor's possession | 2,000.00 | 1,000.00 | | 550.00 | FA |
| 10. 20' Tri-Axle Trailer Location: In debtor's possess | 1,200.00 | 1,000.00 | | 700.00 | FA |
| 11. 2002 Dodge Van Location: In debtor's possession | 5,000.00 | 1,000.00 | | 575.00 | FA |
| 12. Equipment Location: In debtor's possession | 500.00 | 100.00 | | 19,248.00 | FA |
| 13. Office Equipment Location: In debtor's possession | 1,200.00 | 200.00 | | 2,297.00 | FA |
| 14. Tools Location: In debtor's possession | 3,500.00 | 200.00 | | 2,376.00 | FA |
| 15. Inventory Location: In debtor's possession | 25,000.00 | 10,000.00 | | 21,155.00 | FA |
| 16. BANK ACCOUNT (u) | 0.00 | 61,018.53 | | 61,018.53 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 22.58 | Unknown |

TOTALS (Excluding Unknown Values) $113,600.00 $87,118.53 $120,995.75

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| Case No: | 10-63887  RK  Judge: RUSS KENDIG | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | Date Filed (f) or Converted (c): | 09/09/10 (f) |
| | | 341(a) Meeting Date: | 11/02/10 |
| | | Claims Bar Date: | 04/04/11 |

PROPERTY AUCTION 5/2011
COLLECTING RECEIVABLES
OBJECTION TO CLAIMS RESOLVED 8/31/2012
ATTEMPTING TO RECOVER TAX RECORDS
FINAL TAX RETURNS FILED 9/2013

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 09/30/13

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Page: 1

| Case No: | 10-63887 -RK | | Trustee Name: | ANNE PIERO SILAGY |
| --- | --- | --- | --- | --- |
| Case Name: | GORDON REFRIGERATION, INC | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0328 CHECKING ACCOUNT |
| Taxpayer ID No: | *******1424 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 113,832.56 | | 113,832.56 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 83.98 | 113,748.58 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 125.91 | 113,622.67 |
| 01/10/13 | 001001 | INSURANCE PARTNERS AGENCY | BOND PREMIUM | 2300-000 | | 231.54 | 113,391.13 |
| | | 26865 Center Ridge Road | | | | | |
| | | Westlake, OH 44145 | | | | | |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 129.98 | 113,261.15 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 129.70 | 113,131.45 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 151.96 | 112,979.49 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 168.02 | 112,811.47 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 162.35 | 112,649.12 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 167.43 | 112,481.69 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.78 | 112,319.91 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.94 | 112,152.97 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.69 | 111,986.28 |

| | | | Account *******0328 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 0 | Deposits | 0.00 | 1 | Checks | 231.54 |
| | | | 0 | Interest Postings | 0.00 | 11 | Adjustments Out | 1,614.74 |
| Memo Allocation Receipts: | 0.00 | | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | | | | | Total | $ 1,846.28 |
| Memo Allocation Net: | 0.00 | | 0 | Adjustments In | 0.00 | | | |
| | | | 1 | Transfers In | 113,832.56 | | | |
| | | | | Total | $ 113,832.56 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 17.03

10-63887-rk    Doc 62    FILED 10/18/13    ENTERED 10/18/13 10:52:52    Page 5 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-63887 -RK | Trustee Name: | ANNE PIERO SILAGY |
|---|---|---|---|
| Case Name: | GORDON REFRIGERATION, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9461 TIP Account |
| Taxpayer ID No: | *******1424 | | |
| For Period Ending: | 09/27/13 | Blanket Bond (per case limit): | $ 740,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/10 | 1 | HUNTINGTON NATIONAL BANK<br>TWILITE LOUNGE LLC<br>237 W. 3RD STR<br>DOVER OHIO 44622 | ACCOUNTS RECEIVABLE | 1121-000 | 200.00 | | 200.00 |
| 11/29/10 | 1 | INNOVATIONS IN MANAGEMENT<br>P.O. BOX 1210<br>SHERWOOD OR 97140 | ACCOUNTS RECEIVABLE | 1121-000 | 196.23 | | 396.23 |
| 11/29/10 | 16 | GORDON REFRIGERATION INC | BANK ACCOUNT | 1221-000 | 61,018.53 | | 61,414.76 |
| 12/29/10 | 1 | HOMESTEAD REST.<br>P.O. BOX 129<br>CHARM OHIO | ACCOUNTS RECEIVABLE | 1121-000 | 628.87 | | 62,043.63 |
| 12/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.52 | | 62,046.15 |
| 01/04/11 | | Transfer to Acct #*******5489 | Bank Funds Transfer | 9999-000 | | 44.59 | 62,001.56 |
| 01/05/11 | 1 | CLARKS COUNTRY STORE, INC.<br>DBA SUGARLANE IGA<br>100 ANDREAS DRIVE NE<br>P.O. BOX 356<br>SUGARCREEK, OHIO 44681 | ACCOUNTS RECEIVABLE | 1121-000 | 955.20 | | 62,956.76 |
| 01/13/11 | | Transfer to Acct #*******5489 | Bank Funds Transfer | 9999-000 | | 8.74 | 62,948.02 |
| 01/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.66 | | 62,950.68 |
| 02/28/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 62,951.16 |
| 03/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,951.69 |
| 04/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 62,952.20 |
| 05/09/11 | 1 | ATWOOD LAKE RESORT<br>AND CONFERENCE CENTER<br>P.O. BOX 96<br>DELLROY, OHIO 44620 | ACCOUNTS RECEIVABLE | 1121-000 | 220.25 | | 63,172.45 |
| 05/09/11 | 1 | INNOVATIONS IN MANAGEMENT<br>P.O. BOX 1210<br>SHERWOOD OR 97140 | ACCOUNTS RECEIVABLE | 1121-000 | 146.41 | | 63,318.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM2T4

Ver: 17.03

10-63887-rk    Doc 62    FILED 10/18/13    ENTERED 10/18/13 10:52:52    Page 6 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-63887 -RK | | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9461 TIP Account |
| Taxpayer ID No: | *******1424 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/12/11 | * NOTE * | RUSS KIKO ASSOCIATES INC 2805 FULTON DRIVE N.W. CANTON, OH 44718 | LIQUDATION OF OTHER SCHEDULE B * NOTE * Properties 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 | | 45,254.04 | | 108,572.90 |
| | | KIKO, RUSS & ASSOCIATES, INC. | Memo Amount: 50,601.00 LIQUDATION OF OTHER SCHEDULE B | 1129-000 | | | |
| | | KIKO | Memo Amount: ( 3,230.05 ) COMMISSIONS | 3610-000 | | | |
| | | KIKO | Memo Amount: ( 85.00 ) PORT A JON | 3610-000 | | | |
| | | KIKO | Memo Amount: ( 2,031.91 ) BULK ADVERTISING | 3610-000 | | | |
| 05/31/11 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 108,573.63 |
| 06/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 108,574.52 |
| 07/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.91 | | 108,575.43 |
| 08/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.93 | | 108,576.36 |
| 09/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 108,577.25 |
| 10/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.92 | | 108,578.17 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 138.32 | 108,439.85 |
| 11/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 108,440.74 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 133.69 | 108,307.05 |
| 12/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.91 | | 108,307.96 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 133.53 | 108,174.43 |
| 01/13/12 | 000101 | MRSC INSURANCE PARTNERS, LLC 31500 Bainbridge Road Suiite 5 Solon, OH 44139 | BOND PREMIUM | 2300-000 | | 41.65 | 108,132.78 |
| 01/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.93 | | 108,133.71 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 141.86 | 107,991.85 |
| 02/16/12 | 1 | ONE CLAYMONT COMPANY LLC OPERATING ACCOUNT 3930 FULTON DR NW SUITE 206 | ACCOUNTS RECEIVABLE | 1121-000 | 2,075.10 | | 110,066.95 |

UST Form 101-7-TFR (5/1/2011) (Page: 7)
LFORM2T4

Ver: 17.03

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-63887 -RK | | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9461 TIP Account |
| Taxpayer ID No: | *******1424 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | CANTON OHIO 44718 | | | | | |
| 02/16/12 | 1 | FLICKINGER PIPING CO INC. | ACCOUNTS RECEIVABLE | 1121-000 | 1,327.64 | | 111,394.59 |
| | | 439 S. TUSCARAWAS AVE | | | | | |
| | | DOVER OHIO 44622 | | | | | |
| 02/29/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.86 | | 111,395.45 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.47 | 111,265.98 |
| 03/01/12 | 1 | TACO BELL | ACCOUNTS RECEIVABLE | 1121-000 | 1,849.76 | | 113,115.74 |
| | | ACCOUNTS PAYABLE | | | | | |
| | | P.O. BOX 32430 | | | | | |
| | | LOUISVILLE, KY 40232 | | | | | |
| 03/08/12 | 1 | PUTMAN PROPERTIES, INC | ACCOUNTS RECEIVABLE | 1121-000 | 466.86 | | 113,582.60 |
| | | MANAGEMENT ACCOUNT | | | | | |
| | | 3978 RULTON DR NW | | | | | |
| | | CANTON OHIO 44718 | | | | | |
| 03/12/12 | 1 | CARRIAGE INN OF BOWERSTOWN, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 1,287.32 | | 114,869.92 |
| | | 102 BOYCE DRIVE | | | | | |
| | | BOWERSTON, OHIO 44695 | | | | | |
| 03/30/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 114,870.88 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 139.89 | 114,730.99 |
| 04/30/12 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.94 | | 114,731.93 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.76 | 114,586.17 |
| 05/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.97 | | 114,587.14 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.58 | 114,441.56 |
| 06/29/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.94 | | 114,442.50 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 136.02 | 114,306.48 |
| 07/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.97 | | 114,307.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 149.91 | 114,157.54 |
| 08/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.97 | | 114,158.51 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.04 | 114,013.47 |
| 09/28/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.93 | | 114,014.40 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 130.84 | 113,883.56 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-63887 -RK | Trustee Name: | ANNE PIERO SILAGY |
|---|---|---|---|
| Case Name: | GORDON REFRIGERATION, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9461  TIP Account |
| Taxpayer ID No: | *******1424 | | |
| For Period Ending: | 09/27/13 | Blanket Bond (per case limit): | $  740,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/12/12 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 113,883.90 |
| 10/12/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 51.34 | 113,832.56 |
| 10/12/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 113,832.56 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Account *******9461 | Balance Forward | 0.00 | | | |
| | | 13 | Deposits | 115,626.21 | 1 | Checks | 41.65 |
| | | 23 | Interest Postings | 22.58 | 13 | Adjustments Out | 1,721.25 |
| Memo Allocation Receipts: | 50,601.00 | | | | 3 | Transfers Out | 113,885.89 |
| Memo Allocation Disbursements: | 5,346.96 | | Subtotal | $  115,648.79 | | | |
| | | | | | | Total | $  115,648.79 |
| Memo Allocation Net: | 45,254.04 | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $  115,648.79 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-63887 -RK | | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5489 CHECKING ACCOUNT |
| Taxpayer ID No: | *******1424 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/11 | | Transfer from Acct #*******9461 | Bank Funds Transfer | 9999-000 | 44.59 | | 44.59 |
| * 01/04/11 | 000101 | MRSC INSURANCE PARTNERS LLC<br>6190 Cochran Road<br>Suite E<br>Solon, Ohio 44139 | BOND PREMIUM | 2300-003 | | 44.59 | 0.00 |
| * 01/07/11 | 000101 | MRSC INSURANCE PARTNERS LLC<br>6190 Cochran Road<br>Suite E<br>Solon, Ohio 44139 | BOND PREMIUM | 2300-003 | | -44.59 | 44.59 |
| 01/13/11 | | Transfer from Acct #*******9461 | Bank Funds Transfer | 9999-000 | 8.74 | | 53.33 |
| 01/13/11 | 000102 | MRSC INSURANCE PARTNERS LLC<br>6190 Cochran Road<br>Suite E<br>Solon, Ohio 44139 | BOND PREMIUM | 2300-000 | | 53.33 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Account *******5489 | Balance Forward | 0.00 | |
| | | 0 Deposits | 0.00 | 3 Checks | 53.33 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Subtotal | $ 0.00 | | |
| | | | | Total | $ 53.33 |
| Memo Allocation Net: | 0.00 | 0 Adjustments In | 0.00 | | |
| | | 2 Transfers In | 53.33 | | |
| | | Total | $ 53.33 | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-63887 -RK | | Trustee Name: | ANNE PIERO SILAGY |
| --- | --- | --- | --- | --- |
| Case Name: | GORDON REFRIGERATION, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5489 CHECKING ACCOUNT |
| Taxpayer ID No: | *******1424 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
| --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 50,601.00 | Report Totals | | |
| Total Allocation Disbursements: | 5,346.96 | | Balance Forward | 0.00 |
| | | 13 Deposits | 115,626.21 | 5 Checks 326.52 |
| Total Memo Allocation Net: | 45,254.04 | 23 Interest Postings | 22.58 | 24 Adjustments Out 3,335.99 |
| | | | | 3 Transfers Out 113,885.89 |
| | | Subtotal | $ 115,648.79 | |
| | | 0 Adjustments In | 0.00 | Total $ 117,548.40 |
| | | 3 Transfers In | 113,885.89 | |
| | | Total | $ 229,534.68 | Net Total Balance $ 111,986.28 |

Trustee's Signature: /s/ ANNE PIERO SILAGY    Date: _____
ANNE PIERO SILAGY

Case Number: 10-63887
Debtor Name: GORDON REFRIGERATION, INC
Claims Bar Date: 04/04/11

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025 TAF | ROETZEL & ANDRESS<br>222 SOUTH MAIN STREET<br>AKRON, OH 44308 | Administrative | | $4,535.00 | $0.00 | $4,535.00 |
| 025 TAE | ROETZEL & ANDRESS<br>222 SOUTH MAIN STREET<br>AKRON, OH 44308 | Administrative | | $169.20 | $0.00 | $169.20 |
| 025 AF | HALL KISLER & COMPANY<br>220 MARKET AVE S.<br>SUITE 700<br>CANTON, OHIO 44702 | Administrative | | $5,321.27 | $0.00 | $5,321.27 |
| 000001 070 UC | Metal Masters, Inc.<br>c/o Chrysanthe E. Vassiles, Esq.<br>220 Market Ave. South, Suite 1000<br>Canton, OH 44702 | Unsecured | Filed 10/07/10 | $20,252.81 | $0.00 | $20,252.81 |
| 000002A 056 PEB | Ohio State Plumbers Health<br>c/o Timothy R. Piatt, Esq<br>4150 Belden Village St NW #602<br>Canton, OH 44718 | Priority | Filed 12/29/10<br>(2-1) Delinquent employee fringe benefit contributions and late fees (10/09-7/10)<br>Per agrreed order | $12,859.33 | $0.00 | $12,859.33 |
| 000002B 070 UC | Ohio State Plumbers Health<br>c/o Timothy R. Piatt, Esq<br>4150 Belden Village St NW #602<br>Canton, OH 44718 | Unsecured | Filed 12/29/10<br>(2-1) Delinquent employee fringe benefit contributions and late fees (10/09-7/10)<br>Per agreed order | $15,548.45 | $0.00 | $15,548.45 |
| 000003 070 UC | Fazio Mechanical<br>300 S Main St<br>Pittsburgh, PA 15215 | Unsecured | Filed 01/06/11 | $2,356.50 | $0.00 | $2,356.50 |
| 000004 070 UC | Morrow Control<br>810 Marion Motley Ave NE<br>Canton, OH 44705 | Unsecured | Filed 01/20/11 | $876.55 | $0.00 | $876.55 |
| 000005 070 UC | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 02/25/11 | $2,892.13 | $0.00 | $2,892.13 |
| 000006A 078 USC | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | Unsecured | Filed 03/17/11<br>(6-1) ohio taxes | $39,943.33 | $0.00 | $39,943.33 |
| 000006B 066 UPT | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | Priority | Filed 03/17/11<br>(6-1) ohio taxes | $67,461.01 | $0.00 | $67,461.01 |
| 000007A 056 PEB | Plumbers & Pipefitters National Pension<br>c/o Joseph C. Hoffman, Jr., Esq. and<br>Joseph D. Mando, Esq.<br>Faulkner, Hoffman & Phillips, LLP<br>20445 Emerald Parkway, Suite 210<br>Cleveland, OH 44135 | Priority | Filed 04/01/11<br>(7-1) Contributions, ERISA Plan | $3,543.12 | $0.00 | $3,543.12 |

Case Number: 10-63887
Debtor Name: GORDON REFRIGERATION, INC
Claims Bar Date: 04/04/11

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007B 070 UC | Plumbers & Pipefitters National Pension c/o Joseph Hoffman Jr. and<br><br>Pittsburgh, PA | Unsecured | | $4,373.29 | $0.00 | $4,373.29 |
| 000008A 056 PEB | Plumbers & Pipefitters Intern'l Training c/o Joseph C. Hoffman, Jr., Esq. and Joseph D. Mando, Esq. Faulkner, Hoffman & Phillips, LLP 20445 Emerald Parkway, Suite 210 Cleveland, OH 44135 | Priority | Filed 04/01/11<br>(8-1) Contributions, ERISA plan | $283.50 | $0.00 | $283.50 |
| 000008B 070 UC | Plumbers and Pipefitters International Training Fu c/o Joseph C. Hoffman, Jr., Esq. and Joseph D. Mando, Esq. Faulkner, Hoffman & Phillips, LLP 20445 Emerald Parkway, Suite 210 Cleveland, OH 44135 | Unsecured | Filed 04/01/11<br>(8-1) Contributions, ERISA plan | $400.49 | $0.00 | $400.49 |
| 000009 066 UPT | Ohio Bureau of Workers' Compemsation PO Box05567 Columbus, Ohio 43215-0567 | Priority | | $1,036.44 | $0.00 | $1,036.44 |
| 000010 066 UPT | Internal Revenue Service 1240 E. 9th St., Room 493 Cleveland, OH 44199 | Priority | | $280.00 | $0.00 | $280.00 |
| BOND 025 BOND | MRSC INSURANCE PARTNERS LLC 6190 Cochran Road Suite E Solon, Ohio 44139 | Administrative | Filed 01/04/11<br>Linked to voided check cannot delete | $0.00 | $0.00 | $0.00 |
| BOND 025 BOND | INSURANCE PARTNERS AGENCY 26865 Center Ridge Road Westlake, OH 44145 | Administrative | Filed 01/10/13 | $231.54 | $231.54 | $0.00 |
| | Subtotal For Claim BOND | | | $182,363.96 | $231.54 | $182,132.42 |
| | Case Totals: | | | $182,363.96 | $231.54 | $182,132.42 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-63887
Case Name: GORDON REFRIGERATION, INC
Trustee Name: ANNE PIERO SILAGY

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANNE PIERO SILAGY | $ | $ | $ |
| Trustee Expenses: ANNE PIERO SILAGY | $ | $ | $ |
| Attorney for Trustee Fees: ROETZEL & ANDRESS | $ | $ | $ |
| Attorney for Trustee Expenses: ROETZEL & ANDRESS | $ | $ | $ |
| Accountant for Trustee Fees: HALL KISLER & COMPANY | $ | $ | $ |
| Other: INSURANCE PARTNERS AGENCY | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Ohio State Plumbers Health | $ | $ | $ |
| 000006B | Ohio Department of Taxation | $ | $ | $ |
| 000007A | Plumbers & Pipefitters National Pension | $ | $ | $ |
| 000008A | Plumbers & Pipefitters Intern'l Training | $ | $ | $ |
| 000009 | Ohio Bureau of Workers' Compemsation | $ | $ | $ |
| 000010 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                              $_____

Remaining Balance                                                          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Metal Masters, Inc. | $ | $ | $ |
| 000002B | Ohio State Plumbers Health | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Fazio Mechanical | $ | $ | $ |
| 000004 | Morrow Control | $ | $ | $ |
| 000005 | Chase Bank USA NA | $ | $ | $ |
| 000008B | Plumbers and Pipefitters International Training Fu | $ | $ | $ |
| 000007B | Plumbers & Pipefitters National Pension | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Ohio Department of Taxation | $ | $ | $ |

Total to be paid to subordinated unsecured creditors  $_____

Remaining Balance  $_____