RUSS KENDIG

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                      §
GORDON REFRIGERATION, INC             §        Case No. 10-63887
                                      §
                Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANNE PIERO SILAGY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/ANNE PIERO SILAGY _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANNE PIERO SILAGY, ESQ. | | | | | |
| ANNE PIERO SILAGY, ESQ. | | | | | |
| INSURANCE PARTNERS AGENCY | | | | | |
| MRSC INSURANCE PARTNERS LLC | | | | | |
| MRSC INSURANCE PARTNERS LLC | | | | | |
| MRSC INSURANCE PARTNERS, LLC | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| ROETZEL & ANDRESS | | | | | |
| ROETZEL & ANDRESS | | | | | |
| HALL KISTLER | | | | | |
| KIKO | | | | | |
| KIKO | | | | | |
| KIKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney General Attn: Bankruptcy Staff 150 E. Gay St, 21st Floor Columbus OH 43215 | | | | | |
| | Ohio Department of Taxation Bankruptcy Division PO Box 530 Columbus OH 43216-0530 | | | | | |
| | Trustees of the International 103 Oronoco St Alexandria VA 22314 | | | | | |
| | Trustees of the Plumbers etc 103 Oronoco St Alexandria VA 22314 | | | | | |
| 000002A | OHIO STATE PLUMBERS HEALTH | | | | | |
| 000008A | PLUMBERS AND PIPEFITTERS INTERNATIO | | | | | |
| 000007A | PLUMBERS AND PIPEFITTERS NATIONAL P | | | | | |
| 000010 | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | OHIO BUREAU OF WORKERS' COMPEMSATIO | | | | | |
| 000006B | OHIO DEPARTMENT OF TAXATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Airgas Great Lakes PO Box 802576 Chicago IL 60680 | | | | | |
| | C. Jason Deeds Attorney at Law PO Box 2330 Dover OH 44622 | | | | | |
| | Chase PO Box 15153 Wilmington DE 19886 | | | | | |
| | David B. Pariser Attorney at Law 150 E Mound St, #308 Columbus OH 43215 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fenton Bro's Electric 235 Ray Ave NE PO Box 996 New Philadelphia OH 44663 | | | | | |
| | First Communications PO Box 89463 Cleveland OH 44101 | | | | | |
| | John R. Harney Attorney at Law 4748 Wisconsin Ave NW Washington DC 20016 | | | | | |
| | Oasis International 75 Remittance Dr, #6442 Chicago IL 60675 | | | | | |
| | Samuel G. Aston 1959 Wood Have Dr NW Dover OH 44622 | | | | | |
| | Service Auto NAPA PO Box 270 New Philadelphia OH 44663 | | | | | |
| | Smith Communications 7441 W Ridgewood Dr, #130 Cleveland OH 44129 | | | | | |
| | Trane Co PO Box 845053 Dallas TX 75284 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Automatic Heating 10040 Hudson Aurora Rd Streetsboro OH 44241 | | | | | |
| | United Refrigeration PO Box 644628 Pittsburgh PA 15254 | | | | | |
| | Valley Fire Equipment 577 Miami St Akron OH 44311 | | | | | |
| | West Payment Center PO Box 6292 Carol Stream IL 60197 | | | | | |
| | Westfield Insurance | | | | | |
| | Willoughby & Co Inc PO Box 1021 New Philadelphia OH 44663 | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000003 | FAZIO MECHANICAL | | | | | |
| 000001 | METAL MASTERS, INC. | | | | | |
| 000004 | MORROW CONTROL | | | | | |
| 000002B | OHIO STATE PLUMBERS HEALTH | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007B | PLUMBERS & PIPEFITTERS NATIONAL PEN | | | | | |
| 000008B | PLUMBERS AND PIPEFITTERS INTERNATIO | | | | | |
| 000006A | OHIO DEPARTMENT OF TAXATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No:       10-63887      RK   Judge: RUSS KENDIG

Case Name:    GORDON REFRIGERATION, INC

For Period Ending:  01/23/14

Trustee Name:              ANNE PIERO SILAGY

Date Filed (f) or Converted (c):    09/09/10 (f)

341(a) Meeting Date:         11/02/10

Claims Bar Date:             04/04/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable Location: In debtor's possessi | 70,000.00 | 10,000.00 | | 9,353.64 | FA |
| 2. 1986 1.5 Ton Truck Location: In debtor's possessio | 800.00 | 800.00 | | 800.00 | FA |
| 3. 1987 Dodge 1 Ton Location: In debtor's possession | 400.00 | 400.00 | | 400.00 | FA |
| 4. 1987 Dodge Ram Location: In debtor's possession | 2,000.00 | 1,000.00 | | 800.00 | FA |
| 5. 1990 Chevrolet 1 Ton Location: In debtor's possess | 500.00 | 100.00 | | 300.00 | FA |
| 6. 1994 Chevrolet 1 Ton Van Location: In debtor's pos | 500.00 | 100.00 | | 400.00 | FA |
| 7. 1995 GMC 3/4 Ton Van Location: In debtor's possess | 500.00 | 100.00 | | 400.00 | FA |
| 8. 1997 3/4 Ton Ford Van Location: In debtor's posses actual year is 1999 | 500.00 | 100.00 | | 600.00 | FA |
| 9. 1997 Ford Van Location: In debtor's possession | 2,000.00 | 1,000.00 | | 550.00 | FA |
| 10. 20' Tri-Axle Trailer Location: In debtor's possess | 1,200.00 | 1,000.00 | | 700.00 | FA |
| 11. 2002 Dodge Van Location: In debtor's possession | 5,000.00 | 1,000.00 | | 575.00 | FA |
| 12. Equipment Location: In debtor's possession | 500.00 | 100.00 | | 19,248.00 | FA |
| 13. Office Equipment Location: In debtor's possession | 1,200.00 | 200.00 | | 2,297.00 | FA |
| 14. Tools Location: In debtor's possession | 3,500.00 | 200.00 | | 2,376.00 | FA |
| 15. Inventory Location: In debtor's possession | 25,000.00 | 10,000.00 | | 21,155.00 | FA |
| 16. BANK ACCOUNT (u) | 0.00 | 61,018.53 | | 61,018.53 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 22.58 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $113,600.00         $87,118.53         $120,995.75         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROPERTY AUCTION  5/2011

Case No:        10-63887        RK        Judge: RUSS KENDIG

Case Name:        GORDON REFRIGERATION, INC

Trustee Name:        ANNE PIERO SILAGY

Date Filed (f) or Converted (c):        09/09/10 (f)

341(a) Meeting Date:        11/02/10

Claims Bar Date:        04/04/11

COLLECTING RECEIVABLES

OBJECTION TO CLAIMS RESOLVED 8/31/2012

ATTEMPTING TO RECOVER TAX RECORDS

FINAL TAX RETURNS FILED 9/2013

FINAL REPORT SUBMITTED 9/27/2013

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 09/30/13

/s/        ANNE PIERO SILAGY

_____ Date: _____

ANNE PIERO SILAGY

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-63887 | |
| Case Name: | GORDON REFRIGERATION, INC | |
| Taxpayer ID No: | *******1424 | |
| For Period Ending: | 01/23/14 | |

| | |
|---|---|
| Trustee Name: | ANNE PIERO SILAGY |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0328  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $  740,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 113,832.56 | | 113,832.56 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 83.98 | 113,748.58 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 125.91 | 113,622.67 |
| 01/10/13 | 001001 | INSURANCE PARTNERS AGENCY | BOND PREMIUM | 2300-000 | | 231.54 | 113,391.13 |
| | | 26865 Center Ridge Road | | | | | |
| | | Westlake, OH  44145 | | | | | |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 129.98 | 113,261.15 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 129.70 | 113,131.45 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 151.96 | 112,979.49 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 168.02 | 112,811.47 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 162.35 | 112,649.12 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 167.43 | 112,481.69 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.78 | 112,319.91 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.94 | 112,152.97 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.69 | 111,986.28 |
| 12/03/13 | 001002 | Anne Piero Silagy, Esq. | Chapter 7 Compensation/Fees | 2100-000 | | 9,299.79 | 102,686.49 |
| | | Chapter 7 Trustee | | | | | |
| | | 1225 South Main Street, Suite 1 | | | | | |
| | | North Canton, OH  44720 | | | | | |
| 12/03/13 | 001003 | Anne Piero Silagy, Esq. | Chapter 7 Expenses | 2200-000 | | 66.47 | 102,620.02 |
| | | Chapter 7 Trustee | | | | | |
| | | 1225 South Main Street, Suite 1 | | | | | |
| | | North Canton, OH  44720 | | | | | |
| 12/03/13 | 001004 | HALL KISLER & COMPANY | ACCOUNTANT FEES | 3410-000 | | 5,321.27 | 97,298.75 |
| | | 220 MARKET AVE S. | | | | | |
| | | SUITE 700 | | | | | |
| | | CANTON, OHIO  44702 | | | | | |
| 12/03/13 | 001005 | ROETZEL & ANDRESS | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 169.20 | 97,129.55 |
| | | | Page Subtotals | | 113,832.56 | 16,703.01 | |

Ver: 17.04c

10-63887-rk    Doc 67    FILED 01/30/14    ENTERED 01/30/14 14:22:36    Page 14 of 23

Case No: 10-63887
Case Name: GORDON REFRIGERATION, INC

Taxpayer ID No: *******1424
For Period Ending: 01/23/14

Trustee Name: ANNE PIERO SILAGY
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******0328 CHECKING ACCOUNT

Blanket Bond (per case limit): $ 740,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 222 SOUTH MAIN STREET | | | | | |
| | | AKRON, OH 44308 | | | | | |
| 12/03/13 | 001006 | ROETZEL & ANDRESS | TRUSTEE ATTORNEY FEES | 3210-000 | | 4,535.00 | 92,594.55 |
| | | 222 SOUTH MAIN STREET | | | | | |
| | | AKRON, OH 44308 | | | | | |
| 12/03/13 | 001007 | Ohio State Plumbers Health | Claim 000002A, Payment 100.00000% | 5400-000 | | 12,859.33 | 79,735.22 |
| | | c/o Timothy R. Piatt, Esq | | | | | |
| | | 4150 Belden Village St NW #602 | | | | | |
| | | Canton, OH 44718 | | | | | |
| 12/03/13 | 001008 | Plumbers & Pipefitters National Pension | Claim 000007A, Payment 100.00000% | 5400-000 | | 3,543.12 | 76,192.10 |
| | | c/o Joseph C. Hoffman, Jr., Esq. and | | | | | |
| | | Joseph D. Mando, Esq. | | | | | |
| | | Faulkner, Hoffman & Phillips, LLP | | | | | |
| | | 20445 Emerald Parkway, Suite 210 | | | | | |
| | | Cleveland, OH 44135 | | | | | |
| 12/03/13 | 001009 | Plumbers & Pipefitters Intern'l Training | Claim 000008A, Payment 100.00000% | 5400-000 | | 283.50 | 75,908.60 |
| | | c/o Joseph C. Hoffman, Jr., Esq. and | | | | | |
| | | Joseph D. Mando, Esq. | | | | | |
| | | Faulkner, Hoffman & Phillips, LLP | | | | | |
| | | 20445 Emerald Parkway, Suite 210 | | | | | |
| | | Cleveland, OH 44135 | | | | | |
| 12/03/13 | 001010 | Ohio Department of Taxation | Claim 000006B, Payment 100.00000% | 5800-000 | | 67,461.01 | 8,447.59 |
| | | Bankruptcy Division | | | | | |
| | | PO Box 530 | | | | | |
| | | Columbus, OH 43216-0530 | | | | | |
| 12/03/13 | 001011 | Ohio Bureau of Workers' Compemsation | Claim 000009, Payment 100.00000% | 5800-000 | | 1,036.44 | 7,411.15 |
| | | PO Box05567 | | | | | |
| | | Columbus, Ohio 43215-0567 | | | | | |
| 12/03/13 | 001012 | Internal Revenue Service | Claim 000010, Payment 100.00000% | 5800-000 | | 280.00 | 7,131.15 |
| | | 1240 E. 9th St., Room 493 | | | | | |

Page Subtotals   0.00   89,998.40

Ver: 17.04c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-63887 | | | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | | | Bank Name: | BANK OF KANSAS CITY |
| | | | | Account Number / CD #: | *******0328  CHECKING ACCOUNT |
| Taxpayer ID No: | *******1424 | | | | |
| For Period Ending: | 01/23/14 | | | Blanket Bond (per case limit): | $   740,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | Cleveland, OH 44199 | | | | |
| 12/03/13 | 001013 | Metal Masters, Inc. c/o Chrysanthe E. Vassiles, Esq. 220 Market Ave. South, Suite 1000 Canton, OH 44702 | Claim 000001, Payment 15.27008% | 7100-000 | | 3,092.62 | 4,038.53 |
| 12/03/13 | 001014 | Ohio State Plumbers Health c/o Timothy R. Piatt, Esq 4150 Belden Village St NW #602 Canton, OH 44718 | Claim 000002B, Payment 15.27008% | 7100-000 | | 2,374.26 | 1,664.27 |
| 12/03/13 | 001015 | Fazio Mechanical 300 S Main St Pittsburgh, PA 15215 | Claim 000003, Payment 15.27010% | 7100-000 | | 359.84 | 1,304.43 |
| 12/03/13 | 001016 | Morrow Control 810 Marion Motley Ave NE Canton, OH 44705 | Claim 000004, Payment 15.27009% | 7100-000 | | 133.85 | 1,170.58 |
| 12/03/13 | 001017 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 15.27006% | 7100-000 | | 441.63 | 728.95 |
| 12/03/13 | 001018 | Plumbers & Pipefitters National Pension c/o Joseph Hoffman Jr. and

Pittsburgh, PA | Claim 000007B, Payment 15.26997% | 7100-000 | | 667.80 | 61.15 |
| 12/03/13 | 001019 | Plumbers and Pipefitters International Training Fu c/o Joseph C. Hoffman, Jr., Esq. and Joseph D. Mando, Esq. Faulkner, Hoffman & Phillips, LLP 20445 Emerald Parkway, Suite 210 Cleveland, OH 44135 | Claim 000008B, Payment 15.26880% | 7100-000 | | 61.15 | 0.00 |

| | | | | Page Subtotals | 0.00 | 7,131.15 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

Ver: 17.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-63887 | Trustee Name: | ANNE PIERO SILAGY |
|---|---|---|---|
| Case Name: | GORDON REFRIGERATION, INC | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0328  CHECKING ACCOUNT |
| Taxpayer ID No: | *******1424 | | |
| For Period Ending: | 01/23/14 | Blanket Bond (per case limit): | $   740,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 113,832.56 | 113,832.56 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 113,832.56 | 0.00 | |
| | | | Subtotal | | 0.00 | 113,832.56 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 113,832.56 | |

Page Subtotals                 0.00                 0.00

Ver: 17.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-63887 |
| Case Name: | GORDON REFRIGERATION, INC |
| | |
| Taxpayer ID No: | *******1424 |
| For Period Ending: | 01/23/14 |

| | |
|---|---|
| Trustee Name: | ANNE PIERO SILAGY |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9461 TIP Account |
| | |
| Blanket Bond (per case limit): | $ 740,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/10 | 1 | HUNTINGTON NATIONAL BANK TWILITE LOUNGE LLC 237 W. 3RD STR DOVER OHIO 44622 | ACCOUNTS RECEIVABLE | 1121-000 | 200.00 | | 200.00 |
| 11/29/10 | 1 | INNOVATIONS IN MANAGEMENT P.O. BOX 1210 SHERWOOD OR 97140 | ACCOUNTS RECEIVABLE | 1121-000 | 196.23 | | 396.23 |
| 11/29/10 | 16 | GORDON REFRIGERATION INC | BANK ACCOUNT | 1221-000 | 61,018.53 | | 61,414.76 |
| 12/29/10 | 1 | HOMESTEAD REST. P.O. BOX 129 CHARM OHIO | ACCOUNTS RECEIVABLE | 1121-000 | 628.87 | | 62,043.63 |
| 12/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.52 | | 62,046.15 |
| 01/04/11 | | Transfer to Acct #*******5489 | Bank Funds Transfer | 9999-000 | | 44.59 | 62,001.56 |
| 01/05/11 | 1 | CLARKS COUNTRY STORE, INC. DBA SUGARLANE IGA 100 ANDREAS DRIVE NE P.O. BOX 356 SUGARCREEK, OHIO 44681 | ACCOUNTS RECEIVABLE | 1121-000 | 955.20 | | 62,956.76 |
| 01/13/11 | | Transfer to Acct #*******5489 | Bank Funds Transfer | 9999-000 | | 8.74 | 62,948.02 |
| 01/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.66 | | 62,950.68 |
| 02/28/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 62,951.16 |
| 03/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,951.69 |
| 04/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 62,952.20 |
| 05/09/11 | 1 | ATWOOD LAKE RESORT AND CONFERENCE CENTER P.O. BOX 96 DELLROY, OHIO 44620 | ACCOUNTS RECEIVABLE | 1121-000 | 220.25 | | 63,172.45 |
| 05/09/11 | 1 | INNOVATIONS IN MANAGEMENT | ACCOUNTS RECEIVABLE | 1121-000 | 146.41 | | 63,318.86 |

| | | | | Page Subtotals | 63,372.19 | 53.33 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-63887 | | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9461 TIP Account |
| Taxpayer ID No: | *******1424 | | | |
| For Period Ending: | 01/23/14 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 1210 | | | | | |
| | | SHERWOOD OR 97140 | | | | | |
| 05/12/11 | * NOTE * | RUSS KIKO ASSOCIATES INC | LIQUDATION OF OTHER SCHEDULE B | | 45,254.04 | | 108,572.90 |
| | | 2805 FULTON DRIVE N.W. | * NOTE * Properties 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, | | | | |
| | | CANTON, OH 44718 | 13, 14, 15 | | | | |
| | | KIKO, RUSS & ASSOCIATES, INC. | Memo Amount: 50,601.00 | 1129-000 | | | |
| | | | LIQUDATION OF OTHER SCHEDULE B | | | | |
| | | KIKO | Memo Amount: ( 3,230.05 ) | 3610-000 | | | |
| | | | COMMISSIONS | | | | |
| | | KIKO | Memo Amount: ( 85.00 ) | 3610-000 | | | |
| | | | PORT A JON | | | | |
| | | KIKO | Memo Amount: ( 2,031.91 ) | 3610-000 | | | |
| | | | BULK ADVERTISING | | | | |
| 05/31/11 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.73 | | 108,573.63 |
| 06/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 108,574.52 |
| 07/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.91 | | 108,575.43 |
| 08/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.93 | | 108,576.36 |
| 09/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 108,577.25 |
| 10/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.92 | | 108,578.17 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 138.32 | 108,439.85 |
| 11/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.89 | | 108,440.74 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 133.69 | 108,307.05 |
| 12/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.91 | | 108,307.96 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 133.53 | 108,174.43 |
| 01/13/12 | 000101 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM | 2300-000 | | 41.65 | 108,132.78 |
| | | 31500 Bainbridge Road | | | | | |
| | | Suiite 5 | | | | | |
| | | Solon, OH 44139 | | | | | |
| 01/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.93 | | 108,133.71 |

| | | | | Page Subtotals | 45,262.04 | 447.19 | |

Case No: 10-63887
Case Name: GORDON REFRIGERATION, INC

Taxpayer ID No: *******1424
For Period Ending: 01/23/14

Trustee Name: ANNE PIERO SILAGY
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9461 TIP Account

Blanket Bond (per case limit): $ 740,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 141.86 | 107,991.85 |
| 02/16/12 | 1 | ONE CLAYMONT COMPANY LLC OPERATING ACCOUNT 3930 FULTON DR NW SUITE 206 CANTON OHIO 44718 | ACCOUNTS RECEIVABLE | 1121-000 | 2,075.10 | | 110,066.95 |
| 02/16/12 | 1 | FLICKINGER PIPING CO INC. 439 S. TUSCARAWAS AVE DOVER OHIO 44622 | ACCOUNTS RECEIVABLE | 1121-000 | 1,327.64 | | 111,394.59 |
| 02/29/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.86 | | 111,395.45 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.47 | 111,265.98 |
| 03/01/12 | 1 | TACO BELL ACCOUNTS PAYABLE P.O. BOX 32430 LOUISVILLE, KY 40232 | ACCOUNTS RECEIVABLE | 1121-000 | 1,849.76 | | 113,115.74 |
| 03/08/12 | 1 | PUTMAN PROPERTIES, INC MANAGEMENT ACCOUNT 3978 RULTON DR NW CANTON OHIO 44718 | ACCOUNTS RECEIVABLE | 1121-000 | 466.86 | | 113,582.60 |
| 03/12/12 | 1 | CARRIAGE INN OF BOWERSTOWN, INC. 102 BOYCE DRIVE BOWERSTON, OHIO 44695 | ACCOUNTS RECEIVABLE | 1121-000 | 1,287.32 | | 114,869.92 |
| 03/30/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.96 | | 114,870.88 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 139.89 | 114,730.99 |
| 04/30/12 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.94 | | 114,731.93 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.76 | 114,586.17 |
| 05/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.97 | | 114,587.14 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.58 | 114,441.56 |
| 06/29/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.94 | | 114,442.50 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 136.02 | 114,306.48 |

Page Subtotals 7,011.35 838.58

Ver: 17.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-63887 | Trustee Name: | ANNE PIERO SILAGY |
| Case Name: | GORDON REFRIGERATION, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9461 TIP Account |
| Taxpayer ID No: | *******1424 | | |
| For Period Ending: | 01/23/14 | Blanket Bond (per case limit): | $ 740,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.97 | | 114,307.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 149.91 | 114,157.54 |
| 08/31/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.97 | | 114,158.51 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.04 | 114,013.47 |
| 09/28/12 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.93 | | 114,014.40 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 130.84 | 113,883.56 |
| 10/12/12 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 113,883.90 |
| 10/12/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 51.34 | 113,832.56 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/12/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 113,832.56 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 50,601.00 | COLUMN TOTALS | 115,648.79 | 115,648.79 | 0.00 |
| Memo Allocation Disbursements: | 5,346.96 | Less: Bank Transfers/CD's | 0.00 | 113,885.89 | |
| | | Subtotal | 115,648.79 | 1,762.90 | |
| Memo Allocation Net: | 45,254.04 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 115,648.79 | 1,762.90 | |

Page Subtotals          3.21          114,309.69

Ver: 17.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 10-63887 |
| Case Name: | GORDON REFRIGERATION, INC |
| Taxpayer ID No: | *******1424 |
| For Period Ending: | 01/23/14 |

| | |
|---|---|
| Trustee Name: | ANNE PIERO SILAGY |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5489 CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 740,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/11 | | Transfer from Acct #*******9461 | Bank Funds Transfer | 9999-000 | 44.59 | | 44.59 |
| * 01/04/11 | 000101 | MRSC INSURANCE PARTNERS LLC | BOND PREMIUM | 2300-003 | | 44.59 | 0.00 |
| | | 6190 Cochran Road | | | | | |
| | | Suite E | | | | | |
| | | Solon, Ohio 44139 | | | | | |
| * 01/07/11 | 000101 | MRSC INSURANCE PARTNERS LLC | BOND PREMIUM | 2300-003 | | -44.59 | 44.59 |
| | | 6190 Cochran Road | | | | | |
| | | Suite E | | | | | |
| | | Solon, Ohio 44139 | | | | | |
| 01/13/11 | | Transfer from Acct #*******9461 | Bank Funds Transfer | 9999-000 | 8.74 | | 53.33 |
| 01/13/11 | 000102 | MRSC INSURANCE PARTNERS LLC | BOND PREMIUM | 2300-000 | | 53.33 | 0.00 |
| | | 6190 Cochran Road | | | | | |
| | | Suite E | | | | | |
| | | Solon, Ohio 44139 | | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 53.33 | 53.33 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 53.33 | 0.00 | |
| | | Subtotal | 0.00 | 53.33 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 53.33 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 50,601.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 5,346.96 | CHECKING ACCOUNT - *******0328 | 0.00 | 113,832.56 | 0.00 |
| | | TIP Account - *******9461 | 115,648.79 | 1,762.90 | 0.00 |
| Total Memo Allocation Net: | 45,254.04 | CHECKING ACCOUNT - *******5489 | 0.00 | 53.33 | 0.00 |
| | | | 115,648.79 | 115,648.79 | 0.00 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals   53.33   53.33

Ver: 17.04c

Case No:        10-63887

Case Name:    GORDON REFRIGERATION, INC

Taxpayer ID No:  *******1424

For Period Ending:  01/23/14

Trustee Name:        ANNE PIERO SILAGY

Bank Name:            BANK OF AMERICA, N.A.

Account Number / CD #:    *******5489  CHECKING ACCOUNT

Blanket Bond (per case limit):    $    740,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | CHECKING ACCOUNT - *******0328 | | Transfers) | To Debtors) | On Hand |
| | | | TIP Account - ********9461 | | | | |
| | | | CHECKING ACCOUNT - ********5489 | | | | |

                    /s/      ANNE PIERO SILAGY

Trustee's Signature:  _____  Date:  _____

                    ANNE PIERO SILAGY

Page Subtotals                  0.00                0.00

Ver: 17.04c